THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBWAVE SOLUTIONS INC., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>YONG ZHANG, an individual, and DOES 1–20,<br><br>Defendants. | No. 2:19-cv-00016-BJR<br><br>ORDER GRANTING MOTION TO STAY PRETRIAL DEADLINES |

This matter comes before the Court on Plaintiff iBwave Solution Inc.'s *Ex Parte* Motion to Stay Pretrial Deadlines. The Motion is GRANTED and the Court orders as follows:

1. The deadlines imposed in the Court's Minute Order, Dkt. No. 12, are STRICKEN and all pretrial deadlines are STAYED pending further Court order.

2. Plaintiff iBwave Solutions Inc. is DIRECTED to notify the Court after serving Defendant Yong Zhang with the summons and complaint in this lawsuit.

DATED this 10th day of April, 2019.

*Barbara J. Rothstein*
_____
The Honorable Barbara J. Rothstein

ORDER GRANTING MOTION TO STAY
PRETRIAL DEADLINES
(Case No. 2:19-cv-00016-BJR) –1
143914474.1

Presented by:

By: s/*Judith B. Jennison*
By: s/*Zachary E. Davison*
By: s/*Heath L. Hyatt*
    Judith B. Jennison, WSBA No. 36463
    Zachary E. Davison, WSBA No. 47873
    Heath L. Hyatt, WSBA No. 54141
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    Email: JJennison@perkinscoie.com
    Email: ZDavison@perkinscoie.com
    Email: HHyatt@perkinscoie.com

By: s/*Gene W. Lee*
    Gene W. Lee, NY Bar No. 2564284
    **PERKINS COIE LLP**
    30 Rockefeller Plaza, 22nd Floor
    Telephone: 212.261.6825
    Facsimile: 212.977.1649
    Email: GLee@perkinscoie.com
    Pro Hac Vice

Attorneys for Plaintiff iBwave Solutions, Inc.

ORDER GRANTING MOTION TO STAY
PRETRIAL DEADLINES
(Case No. 2:19-cv-00016-BJR) –2
143914474.1