THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IBWAVE SOLUTIONS INC., a
Canadian corporation,

                    Plaintiff,

        v.

YONG ZHANG, an individual, and
DOES 1–20,

                    Defendants.

No. 2:19-cv-00016-BJR

ORDER GRANTING MOTION FOR
LEAVE TO SERVE EARLY SUBPOENA

        This matter comes before the Court on Plaintiff iBwave Solution Inc.'s *Ex Parte* Motion
for Leave to Serve Subpoena.  The Motion is GRANTED and the Court orders as follows:

        1.      Good cause exists and the Court GRANTS Plaintiff leave to pursue expedited
discovery and serve on Wow Technologies, Inc., d/b/a Wowrack the subpoena proposed alongside
the Motion.  The subpoena shall have a copy of this Order attached.

        2.      Plaintiff iBwave Solutions Inc. is DIRECTED to notify the Court after serving
Defendant Yong Zhang with the subpoena.

DATED this 4th day of September, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge